LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074); dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508); msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W. 1 and J.W. 2, minors, by and through their guardian ad litem, Daisy Aguilar, individually and as successors-in-interest to JAMES WALSH, deceased<br><br>Plaintiff(s)<br><br>v.<br><br>CITY OF GLENDALE, NICHOLAS ANDERSON, FRANCISCO MARTINEZ, ERIC MEYER, JUSTIN DARBY, ERNESTO TORRES, and DOES 1-10, inclusi<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23-CV-03006-JAK-AGRx<br><br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that _____Richard Copeland_____ may serve as the Panel
Mediator in the above-captioned case. _____Marcel F. Sincich_____ has contacted
(Print Name)
the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for
three hours. All parties and the Panel Mediator have agreed that the mediation will be held
on _____TBD_____ and counsel will submit mediation statements seven calendar days
(Date)
before the session.

☐ The parties request that ADR Program staff assign a Panel Mediator with expertise in the
following area of law: _____

Dated: August 14, 2023 _____      /s/ Marcel F. Sincich _____

Attorney For Plaintiff   J.W.1 & J.W.2 _____

Dated: _____      _____

Attorney For Plaintiff _____

Dated: August 14, 2023 _____      /s/ Edward B. Kang _____

Attorney For Defendant   City of Glendale, et al. _____

Dated: _____      _____

Attorney For Defendant _____

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*