**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**THE SEHAT LAW FIRM, PLC**
Cameron Sehat, Esq. (SBN 256535)
cameron@sethatlaw.com
5100 Campus Dr., Suite 200
Newport Beach, CA 92660
Tel: (949) 825-5200
Fax: (949) 313-5001

*Attorneys for Plaintiffs*

MICHAEL J. GARCIA, CITY ATTORNEY
ANN M. MAURER, CHIEF ASSISTANT CITY ATTORNEY, SBN: 179649
EDWARD B. KANG, PRINCIPAL ASSISTANT CITY ATTORNEY, SBN: 237751
613 E. Broadway, Suite 220
Glendale, CA 91206
Telephone: (818) 548-2080
Facsimile: (818) 547-3402
Email: ekang@glendaleca.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W. 1 and J.W. 2, minors, by and through their guardian ad litem, Daisy Aguilar, individually and as successors-in-interest to JAMES WALSH, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF GLENDALE, NICHOLAS ANDERSON, FRANCISCO MARTINEZ, ERIC MEYER, JUSTIN DARBY, ERNESTO TORRES, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-03006-JAK-AGRx<br><br>[*Honorable John A. Kronstadt*]<br>Magistrate Judge Alicia G. Rosenberg<br><br>**JOINT REPORT RE. SETTLEMENT**<br><br>**Scheduling Conference**<br>Under Submission / No Hearing |

1      Pursuant to this Court's May 24, 2023, Order (Doc. 28), the parties submit the following post-mediation report, by and through their respective counsel of record.

      WHEREAS, on April 16, 2024, the parties engaged in panel mediation with mediator Richard Copeland.

      WHEREAS, provided that the parties did not reach an agreement on a specific number for settlement at that time, Mr. Copeland provided a Mediator's Proposal for a specified amount.

      WHEREAS, the City of Glendale will present the Mediator's Proposal to the Glendale City Council for its consideration on April 30, 2024.

      WHEREAS, if the parties accept the Mediator's Proposal, the parties expect that the required settlement will be fully consummated within the following 45 days of the acceptance. Additionally, the parties will submit a notice of settlement and request to vacate all dates and deadlines by May 1, 2024.

      WHEREAS, if the parties do not accept the Mediator's Proposal, the parties will notify the Court on May 1, 2024, with a Joint Status Report re. Settlement.

      WHEREAS, the parties have worked diligently in litigating this matter and in discovery of documents. However, in the best interest of time and economy, the parties agreed to postpone the depositions of the Defendant Officers as well as the Plaintiffs' guardian *ad litem* and mother for a time after the mediation.

      NOW and THEREFORE, provided that the parties will know if the case will settle on May 1, 2024, and the parties non-expert discovery cut-off is May 13, 2024, and the parties initial expert disclosures is on May 29 2024, the parties believe it is in the best interest of the case, and of judicial economy, as well as economy of the parties, to modify the Scheduling Order (Doc. 28) by continuing all dates and deadlines by 30 days so that in the unlikely event that the parties do not reach a settlement, they parties will have time to finalize fact discovery prior to the disclosure of experts.

WHEREAS, this is the Parties first request for any modification to the scheduling order in this action.

**STIPULATION TO MODIFY**:

ACCORDINGLY, in light of the foregoing, and in order to facilitate the interests of all parties in this action, the parties Stipulate that **Good Cause** exits and the parties respectfully request that the Court issue an Order continuing all dates and deadlines by 30 days and requiring the parties to file a Joint Status Report re: Settlement on May 1, 2024.

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Non-Expert Discovery cut-off | 05/13/2024 | 06/12/2024 |
| Initial Expert Disclosures | 05/29/2024 | 06/28/2024 |
| Rebuttal Expert Disclosures | 06/10/2024 | 07/10/2024 |
| Expert Discovery cut-off | 06/24/2024 | 07/24/2024 |
| Last Day to File all Motions (including discovery motions) | 07/01/2024 | 07/29/2024 |
| Deadline to Hear Motions | 07/29/2024 | 09/02/2024 |

**Respectfully submitted,**

DATED:  April 19, 2024

**LAW OFFICES OF DALE K. GALIPO**
**THE SEHAT LAW FIRM, PLC**

By: /s/       Marcel F. Sincich
Dale K. Galipo, Esq.
Marcel F. Sincich, Esq. [1]
Cameron Sehat, Esq.
*Attorneys for Plaintiff* J.W. 1 and J.W. 2

---

[1] I, Marcel F. Sincich, hereby attest that all the signatories listed, and on whose behalf the filing is submitted, concur in the content of this Joint Scheduling Conference Report and have authorized its filing.

| | | |
|---|---|---|
| 1 | DATED: April 19, 2024 | **MICHAEL J. GARCIA, CITY ATTORNEY** |
| 2 | | |
| 3 | | By: */s/    Edward B. Kang* |
| 4 | | EDWARD B. KANG |
| 5 | | *Attorneys for Defendants* CITY OF GLENDALE, NICHOLAS ANDERSON, FRANCISCO MARTINEZ, ERIC MEYER, JUSTIN DARBY, and ERNESTO TORRES |