# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W. 1 and J.W. 2, minors, by and through their guardian ad litem, Daisy Aguilar, individually and as successors-in-interest to JAMES WALSH, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF GLENDALE, NICHOLAS ANDERSON, FRANCISCO MARTINEZ, ERIC MEYER, JUSTIN DARBY, ERNESTO TORRES, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-03006-JAK-AGRx<br><br>[*Honorable John A. Kronstadt*]<br>Magistrate Judge Alicia G. Rosenberg<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES STIPULATION TO MODIFY** |

1 **[PROPOSED] ORDER THE PARTIES STIPULATION TO MODIFY**

2     The Court, having considered the Parties Joint Report re. Settlement and

3 Stipulation to Modify, and good cause appearing.

4     **IT IS HEREBY ORDERED** that the dates and deadlines shall be modified

5 as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Non-Expert Discovery cut-off | 05/13/2024 | 06/12/2024 |
| Initial Expert Disclosures | 05/29/2024 | 06/28/2024 |
| Rebuttal Expert Disclosures | 06/10/2024 | 07/10/2024 |
| Expert Discovery cut-off | 06/24/2024 | 07/24/2024 |
| Last Day to File all Motions (including discovery motions) | 07/01/2024 | 07/29/2024 |
| Deadline to Hear Motions | 07/29/2024 | 09/02/2024 |

18 DATE: _____

19                       THE HONORABLE JOHN A. KRONSTADT

20                       United States District Judge