**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.W. 1, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF GLENDALE, et al.,<br><br>        Defendants. | No. 2:23-cv-03006-JAK (AGRx)<br><br>**ORDER RE JOINT REPORT RE SETTLEMENT (DKT. 33)** |

1

Based on a review of the Joint Report Re Settlement (Dkt. 33)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The scheduling order (Dkt. 28) is modified as follows:

| Case Management Event | Prior Deadline | New Deadline |
|---|---|---|
| Non-Expert Discovery cut-off | 05/13/2024 | 06/12/2024 |
| Initial Expert Disclosures | 05/29/2024 | 06/28/2024 |
| Rebuttal Expert Disclosures | 06/10/2024 | 07/10/2024 |
| Expert Discovery cut-off | 06/24/2024 | 07/24/2024 |
| Last Day to File all Motions (including discovery motions) | 07/01/2024 | 07/29/2024 |

The Post Mediation Conference presently scheduled for April 29, 2024 at 11:30 a.m. is continued to May 6, 2024 at 11:30 a.m., with the final time to be set when the final calendar for that date is issued. If a settlement is reached, the parties shall file a notice of settlement, with a proposed date by which a request for dismissal will be filed. No appearance will be required on May 6, 2024, if such notice is filed on or before May 1, 2024. If a notice of settlement is not filed, counsel shall file a joint report by May 1, 2024, regarding the status of settlement, including the parties collective and/or respective views as to whether an additional session would be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties. Based on a review of that filing, a determination will be made as to whether the hearing will proceed, be continued or be taken off calendar.

**IT IS SO ORDERED.**

Dated:  April 22, 2024

_____

John A. Kronstadt

United States District Judge

3