**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**THE SEHAT LAW FIRM, PLC**
Cameron Sehat, Esq. (SBN 256535)
cameron@sethatlaw.com
5100 Campus Dr., Suite 200
Newport Beach, CA 92660
Tel: (949) 825-5200
Fax: (949) 313-5001

*Attorneys for Plaintiffs*

MICHAEL J. GARCIA, CITY ATTORNEY
ANN M. MAURER, CHIEF ASSISTANT CITY ATTORNEY, SBN: 179649
EDWARD B. KANG, PRINCIPAL ASSISTANT CITY ATTORNEY, SBN: 237751
613 E. Broadway, Suite 220
Glendale, CA 91206
Telephone: (818) 548-2080
Facsimile: (818) 547-3402
Email: ekang@glendaleca.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W. 1 and J.W. 2, minors, by and through their guardian ad litem, Daisy Aguilar, individually and as successors-in-interest to JAMES WALSH, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF GLENDALE, NICHOLAS ANDERSON, FRANCISCO MARTINEZ, ERIC MEYER, JUSTIN DARBY, ERNESTO TORRES, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-03006-JAK-AGRx<br><br>[*Honorable John A. Kronstadt*]<br>Magistrate Judge Alicia G. Rosenberg<br><br>**JOINT REPORT RE. SETTLEMENT AND STIPULATION TO VACATE ALL DATES AND DEADLINES**<br><br>**Scheduling Conference**<br>Under Submission / No Hearing |

Pursuant to this Court's May 24, 2023, Order (Doc. 28), the parties submit the following post-mediation report, by and through their respective counsel of record.

Following the April 16, 2024, mediation with Richard Copeland, the parties reached an agreement to settle this matter in its entirety for a specified amount, which has been approved by the City of Glendale.

Upon finalization of the settlement, the entire case and all defendants shall be dismissed with prejudice. To finalize this settlement, Plaintiffs will be filing an unopposed *ex parte* application for minors' compromise. Plaintiffs anticipate that the minors' compromise will be filed within the next twenty-one (21) days.

Thus, the Parties believe it is in the best interest of the case, and of judicial economy, and the parties hereby stipulate to vacate all dates and deadlines and respectfully request that the Court order the parties to file a status report for thirty (30) days following the Court's ruling on the minor Plaintiffs' petition to compromise and retain jurisdiction until the settlement is fully consummated.

**Respectfully submitted,**

DATED:  May 2, 2024

**LAW OFFICES OF DALE K. GALIPO**
**THE SEHAT LAW FIRM, PLC**

By: */s/        Marcel F. Sincich*
Dale K. Galipo, Esq.
Marcel F. Sincich, Esq. [1]
Cameron Sehat, Esq.
*Attorneys for Plaintiff* J.W. 1 and J.W. 2

DATED:  May 2, 2024

**MICHAEL J. GARCIA, CITY ATTORNEY**

By: */s/        Edward B. Kang*
EDWARD B. KANG
*Attorneys for Defendants* CITY OF GLENDALE, NICHOLAS ANDERSON, FRANCISCO MARTINEZ, ERIC MEYER, JUSTIN DARBY, and ERNESTO TORRES

---

[1] I, Marcel F. Sincich, hereby attest that all the signatories listed, and on whose behalf the filing is submitted, concur in the content of this Joint Scheduling Conference Report and have authorized its filing.