**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**THE SEHAT LAW FIRM, PLC**
Cameron Sehat, Esq. (SBN 256535)
cameron@sethatlaw.com
5100 Campus Dr., Suite 200
Newport Beach, CA 92660
Tel: (949) 825-5200
Fax: (949) 313-5001

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W. 1 and J.W. 2, minors, by and through their guardian ad litem, Daisy Aguilar, individually and as successors-in-interest to JAMES WALSH, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF GLENDALE, NICHOLAS ANDERSON, FRANCISCO MARTINEZ, ERIC MEYER, JUSTIN DARBY, ERNESTO TORRES, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-03006-JAK-AGRx<br><br>[*Honorable John A. Kronstadt*]<br>Magistrate Judge Alicia G. Rosenberg<br><br>**DECLARATION OF DAISY AGUILAR IN SUPPORT OF PLAINTIFFS' J.W.1 AND J.W.2 UNOPPOSED *EX PARTE* APPLICATION FOR APPROVAL OF COMPROMISE OF CLAIMS OF THE MINOR PLAINTIFFS J.W.1 AND J.W.2** |

**<u>DECLARATION OF DAISY AGUILAR</u>**

I, Daisy Aguilar, hereby declare as follows:

1. I have personal knowledge of the matters stated herein and would and could testify competently thereto if called upon to do so. I make this declaration in support of Plaintiffs J.W. 1 and J.W. 2's *Ex Parte* Application for Approval of Compromise of the Minor Plaintiffs J.W. 1 and J.W. 2.

2. I am the current caregiver and prospective adoptive parent in the process of adopting J.W. 1 and J.W. 2, and I am also their guardian *ad litem* in the above-referenced case. Minor Plaintiff's biological father is the decedent in this matter, James Walsh. Minor Plaintiff's biological mother is Cecilia Rojo-Rodriguez. Ms. Rojo-Rodriguiez was with decedent on the day of the incident. I am Ms. Rojo-Rodriguez's cousin. After the incident, my husband, daughter, and I lovely accepted the minor Plaintiffs into our home to care for them.

3. In the process of adoption, on or about April 10, 2024, the adoption Court ruled that Ms. Rojo-Rodriguiez's and anyone else that claims to be a parent of minor Plaintiffs are hereby terminated and the minor Plaintiffs are declared free from custody and control of their prior parents. The Court ruled that the minor Plaintiffs are adoptable for permanent and stable adoption. Based on my expressed commitment to adopt minor Plaintiffs, the Court ruled that the adoption will be finalized on August 21, 2024.

4. As part of the minor Plaintiffs' Minors' Compromise, I am requesting three payments from each J.W. 1 and J.W. 2's structured annuities for the sole purpose of supporting my two new daughters until they reach the age of majority. This money will be used *only* for J.W. 1 and J.W. 2's care and benefit. If the Court grants these three payments, I will safeguard such payments by placing all funds provided for the benefit of J.W. 1 and J.W. 2 in a separate account. All of J.W. 1 and J.W. 2's funds will never be co-mingled with my personal funds.

5. The payments I am requesting for each minor Plaintiff is (a) $5,000 payable on September 1, 2024; (b) $5,000 payable for each minor Plaintiff when that minor Plaintiff turns 10 years old; and (c) $5,000 payable for each minor Plaintiff when that minor Plaintiff turns 15 years old.

6. I am requesting these payments for the following purposes: (1) to assist in the purchase of clothes and food for J.W. 1 and J.W. 2; (2) to assist in the costs of J.W. 1 and J.W. 2's healthcare including mental health care that they require and may require in the future; (3) to assist in the costs for school, school supplies, any tutoring that may be required, and childcare for J.W. 1 and J.W. 2; and (4) to assist with the costs of J.W. 1 and J.W. 2's future extracurricular activities, including afterschool programs, sports, summer programs, and clubs to assist in the provision of normalcy for the minor Plaintiffs. It is my understanding that these necessary things will only get more expensive every year. These funds will help ensure that I can provide for my new daughters as they grow.

7. Since April of 2022 (after the incident) when I took responsibility for minor Plaintiffs J.W. 1 and J.W. 2, the minor Plaintiffs and I have not received any financial support from Ms. Rojo-Rodriguez for minor Plaintiffs' necessities of life or for the purposes of raising J.W. 1 and J.W. 2. Further, because of complications in attaining J.W. 2's birth certificate and social security number, all medical excesses have been of pocket.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 20th day of May 2024.

*Daisy Aguilar*
Daisy Aguilar