# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W. 1 and J.W. 2, minors, by and through their guardian ad litem, Daisy Aguilar, individually and as successors-in-interest to JAMES WALSH, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF GLENDALE, NICHOLAS ANDERSON, FRANCISCO MARTINEZ, ERIC MEYER, JUSTIN DARBY, ERNESTO TORRES, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-03006-JAK-AGRx<br><br>[*Honorable John A. Kronstadt*]<br>Magistrate Judge Alicia G. Rosenberg<br><br>**[PROPOSED] ORDER APPROVING UNOPPOSED *EX PARTE* APPLICATION FOR APPROVAL OF COMPROMISE OF THE CLAIMS OF THE MINOR PLAINTIFFS J.W.1 and J.W.2** |

# [PROPOSED] ORDER

This Court, having considered minor Plaintiffs J.W.1 and J.W.2's Unopposed *Ex Parte* Application for Compromise of the Claims of the Minor Plaintiffs, and GOOD CAUSE appearing therefore, hereby GRANTS the Application and makes the following orders:

1. The settlement of minor Plaintiffs J.W.1 and J.W.2's action against the Defendants in the gross amount of $750,000 is hereby approved.

2. Defendant City of Glendale, through counsel, shall prepare and deliver the drafts for the gross settlement proceeds in the amount of $750,000 payable as follows:

   A. A draft for $303,585.69 shall be made payable to the "Law Offices of Dale K. Galipo, Client Trust Account," and sent to the Law Offices of Dale K. Galipo at 21800 Burbank Boulevard, Suite 310, Woodland Hills, California. These funds shall be used to satisfy (1) the attorneys' fees owed to the Law Offices of Dale K. Galipo and the Sehat Law Firm, PLC in the amount of $300,000 by minor Plaintiffs in total; and (2) the amount in costs owed to minor Plaintiffs' attorneys in the amount of $3,585.69 in total.

   B. Defendant City of Glendale will purchase a structured annuity for the minor Plaintiff J.W.1 in the amount of $223,207.16 from MetLife Assignment Company, Inc. (hereinafter referred to as "Assignee"), which will provide periodic payments to be made by Metropolitan Tower Life Insurance Company (hereinafter referred to as "Annuity Carrier") rated A+ Class XV by A.M. Best Company as set forth in "Exhibit A" to the Declaration of Marcel F. Sincich and in the table below. The total amount that J.W.1 will receive after the final payment is made directly to her from the annuity is $561,000.00.

   C. Defendant City of Glendale will deliver the annuity premium check, made payable to "MetLife Assignment Company, Inc.", to Plaintiff

1  J.W.1's structured settlement company, Baldwin Settlements at 24265 Juanita
2  Dr., Laguna Niguel, CA 92677, to fund the annuity.
3        D.    Defendant City of Glendale will purchase a structured annuity
4  for the minor Plaintiff J.W.2 in the amount of $223,207.15 from MetLife
5  Assignment Company, Inc. (hereinafter referred to as "Assignee"), which will
6  provide periodic payments to be made by Metropolitan Tower Life Insurance
7  Company (hereinafter referred to as "Annuity Carrier") rated A+ Class XV by
8  A.M. Best Company as set forth in "Exhibit B" to the Declaration of Marcel
9  F. Sincich and in the table below. The total amount that J.W.2 will receive
10 after the final payment is made directly to her from the annuity is
11 $599,728.00.
12       E.    Defendant City of Glendale will deliver the annuity premium
13 check, made payable to "MetLife Assignment Company, Inc.", to Plaintiff
14 J.W.2's structured settlement company, Baldwin Settlements at 24265 Juanita
15 Dr., Laguna Niguel, CA 92677, to fund the annuity.
16    3.   All sums and periodic payments set forth in the section entitled
17 "Payments" constitute damages on account of personal injuries or illness, arising
18 from an occurrence, within the meaning of Section 104(a)(2) of the Internal
19 Revenue Code of 1986, as amended.
20    4.   Disbursement drafts will be made payable and will begin being issued
21 directly to minor Plaintiffs upon reaching the age of maturity according to the
22 payment schedule:

**Periodic Payments payable to J.W.1**

| Payment | Guaranteed Benefit |
|---|---|
| **Semi-Annual Benefit-Guaranteed Tax-Free $22,000.00** <br> Payable semi-annually, guaranteed 4 years only, to | $176,000.00 |

| | |
|---|---|
| begin at age 18, beginning on 7/24/2038 with last payment on 1/24/2042. | |
| **Lump Sum- Guaranteed Tax-Free $30,000.00** Payable at age 22, on 7/24/2042. | $30,000.00 |
| **Lump Sum- Guaranteed Tax-Free $40,000.00** Payable at age 24, on 7/24/2044. | $40,000.00 |
| **Lump Sum- Guaranteed Tax-Free $50,000.00** Payable at age 26, on 7/24/2046. | $50,000.00 |
| **Lump Sum- Guaranteed Tax-Free $75,000.00** Payable at age 28, on 7/24/2048. | $75,000.00 |
| **Lump Sum- Guaranteed Tax-Free $175,000.00** Payable at age 30, on 7/24/2050. | $175,000.00 |
| Periodic payments payable to Daisy Aguilar (as Natural Guardian): | |
| **Lump Sum- Guaranteed Tax-Free $5,000.00** Payable on 9/1/2024. | $5,000.00 |
| **Lump Sum- Guaranteed Tax-Free $5,000.00** Payable at age 10, on 7/24/2030. | $5,000.00 |
| **Lump Sum- Guaranteed Tax-Free $5,000.00** Payable at age 15, on 7/24/2035. | $5,000.00 |
| **Structured Amount: $223,207.16** | **Total Benefit: $561,000.00** |

**Periodic Payments payable to J.W.2**

| Payment | Guaranteed Benefit |
|---|---|
| **Semi-Annual Benefit-Guaranteed Tax-Free $ 23,716.00** Payable semi-annually, guaranteed 4 years only, to begin at age 18, beginning on 2/28/2040 with last | $189,728.00 |

| | |
|---|---|
| payment on 8/28/2043. | |
| **Lump Sum- Guaranteed Tax-Free $30,000.00** Payable at age 22, on 2/28/2044. | $30,000.00 |
| **Lump Sum- Guaranteed Tax-Free $40,000.00** Payable at age 24, on 2/28/2046. | $40,000.00 |
| **Lump Sum- Guaranteed Tax-Free $50,000.00** Payable at age 26, on 2/28/2048. | $50,000.00 |
| **Lump Sum- Guaranteed Tax-Free $75,000.00** Payable at age 28, on 2/28/2050. | $75,000.00 |
| **Lump Sum- Guaranteed Tax-Free $200,000.00** Payable at age 30, on 2/28/2052. | $200,000.00 |
| Periodic payments payable to Daisy Aguilar (as Natural Guardian): | |
| **Lump Sum- Guaranteed Tax-Free $5,000.00** Payable on 9/1/2024. | $5,000.00 |
| **Lump Sum- Guaranteed Tax-Free $5,000.00** Payable at age 10, on 2/28/2032. | $5,000.00 |
| **Lump Sum- Guaranteed Tax-Free $5,000.00** Payable at age 15, on 2/28/2037. | $5,000.00 |
| **Structured Amount: $223,207.15** | **Total Benefit: $599,728.00** |

5. Defendant City of Glendale will make a "qualified assignment" within the meaning of Section 130(c), of the Internal Revenue code of 1986, as amended, to Assignee, of the Defendant City of Glendale's liability to make the periodic payments as described in the above table and in "Exhibit A" and "Exhibit B" to the Declaration of Marcel F. Sincich filed concurrently herewith. Such assignment, if made, shall be accepted by the Plaintiffs without right of rejection and shall completely release and discharge Defendant City of Glendale from such obligations

hereunder as are assigned to Assignee. This includes that Defendant City of Glendale shall execute a Qualified Assignment document.

6. Defendant City of Glendale and/or Assignee shall have the right to fund its liability to make periodic payments by purchasing a "qualified funding asset," within the meaning of Section 130(d) of the Code, in the form of an annuity policy from the Annuity Carrier.

7. The Assignee shall be the owner of the annuity policy or policies and shall have all rights of ownership.

8. The Assignee will have the Annuity Carrier mail payments directly to the minor Plaintiffs, as set forth above. Daisy Aguilar (until each respective minor Plaintiff reaches the age of the majority) and then each respective minor Plaintiff shall be responsible for maintaining the currency of the proper mailing address and mortality information to Assignee.

**IT IS SO ORDERED.**

DATED: _____

Honorable John A. Kronstadt
United States District Judge
Central District of California