**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

**THE SEHAT LAW FIRM, PLC**
Cameron Sehat, Esq. (SBN 256535)
cameron@sethatlaw.com
5100 Campus Dr., Suite 200
Newport Beach, CA 92660
Tel: (949) 825-5200
Fax: (949) 313-5001

*Attorneys for Plaintiffs*

MICHAEL J. GARCIA, CITY ATTORNEY
ANN M. MAURER, CHIEF ASSISTANT CITY ATTORNEY, SBN: 179649
EDWARD B. KANG, PRINCIPAL ASSISTANT CITY ATTORNEY, SBN: 237751
613 E. Broadway, Suite 220
Glendale, CA 91206
Telephone: (818) 548-2080
Facsimile: (818) 547-3402
Email: ekang@glendaleca.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W. 1 and J.W. 2, minors, by and through their guardian ad litem, Daisy Aguilar, individually and as successors-in-interest to JAMES WALSH, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF GLENDALE, NICHOLAS ANDERSON, FRANCISCO MARTINEZ, ERIC MEYER, JUSTIN DARBY, ERNESTO TORRES, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-03006-JAK-AGRx<br><br>[*Honorable John A. Kronstadt*]<br>Magistrate Judge Alicia G. Rosenberg<br><br>**JOINT STIPULATION FOR DISMISSAL AND RESPONSE TO ORDER TO SHOW CAUSE** |

Pursuant to this Court's Orders (Docs. 38, 39), the parties submit the following Joint Stipulation for Dismissal and Response to Order to Show Cause, by and through their respective counsel of record. The parties apologize to the Court for the inconvenience of this late response. The parties anticipated that this request for dismissal would be filed prior to July; however, wanted to confirm receipt of the settlement check prior to filing the dismissal.

On May 24, 2024, the Court approved Plaintiffs' Unopposed *Ex Parte* Application for Compromise of the Claims of Minor Plaintiffs. (Doc. 38).

On July 2, 2024, Plaintiffs' structure consultant confirmed receipt of the check for minor Plaintiffs' respective structured annuities.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this case hereby stipulate to the dismissal of the above-captioned action with prejudice. Each side is to bear its own attorney's fees and costs incurred in this matter.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**Respectfully submitted,**

DATED:  July 3, 2024                    **MICHAEL J. GARCIA, CITY ATTORNEY**

By: */s/        Edward B. Kang*
EDWARD B. KANG
*Attorneys for Defendants* CITY OF GLENDALE, NICHOLAS ANDERSON, FRANCISCO MARTINEZ, ERIC MEYER, JUSTIN DARBY, and ERNESTO TORRES

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: July 3, 2024 | **LAW OFFICES OF DALE K. GALIPO**<br>**THE SEHAT LAW FIRM, PLC** |
| 3 | | |
| 4 | | By: */s/      Marcel F. Sincich*<br>Dale K. Galipo, Esq. |
| 5 | | Marcel F. Sincich, Esq. |
| 6 | | Cameron Sehat, Esq.<br>*Attorneys for Plaintiff* J.W. 1 and J.W. 2 |