# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W. 1 and J.W. 2, minors, by and through their guardian ad litem, Daisy Aguilar, individually and as successors-in-interest to JAMES WALSH, deceased,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF GLENDALE, NICHOLAS ANDERSON, FRANCISCO MARTINEZ, ERIC MEYER, JUSTIN DARBY, ERNESTO TORRES, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:23-CV-03006-JAK-AGRx<br><br>[*Honorable John A. Kronstadt*]<br>Magistrate Judge Alicia G. Rosenberg<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL** |

## [PROPOSED] ORDER:

Pursuant to the Joint Stipulation for Dismissal with Prejudice filed by the Parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the case has ended and is hereby dismissed with prejudice. Each side shall bear its own attorney's fees and costs incurred in this matter. All upcoming dates and deadlines are vacated.

　　IT IS SO ORDERED.

DATED: _____      _____
　　　　　　　　　　　　　　　　Hon. John A. Kronstadt
　　　　　　　　　　　　　　　　United States District Judge

Case No. 2:23-CV-03006-JAK-AGRx
**ORDER RE: JOINT STIPULATION FOR DISMISSAL**