# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.W. 1 and J.W. 2, minors, by and through their guardian ad litem, Daisy Aguilar, individually and as successors-in-interest to JAMES WALSH, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF GLENDALE, NICHOLAS ANDERSON, FRANCISCO MARTINEZ, ERIC MEYER, JUSTIN DARBY, ERNESTO TORRES, and DOES 1-10, inclusive,<br><br>Defendants. | No.: 2:23-CV-03006-JAK (AGRx)<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL AND RESPONSE TO ORDER TO SHOW CAUSE (DKT. 40)**<br><br>JS-6: CASE CLOSED |

Based on a review of the Joint Stipulation for Dismissal and Response to Order to Show Cause (the "Stipulation" (Dkt. 41)), sufficient good cause is shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

The case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Each side shall bear its own attorney's fees and costs incurred in this matter. All upcoming dates and deadlines are vacated.

**IT IS SO ORDERED.**

DATED: July 03, 2024

_____
John A. Kronstadt
United States District Judge